UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

October 20, 2014

MEMO TO COUNSEL RE:   Kelly Dunlap v. Chelsea Viola, et al
                     Civil No. JFM-13-1408

Dear Counsel:

     In accordance with the request made in Mr. Richie's letter dated September 18, 2014, the discovery deadline is extended to April 17, 2015.  The trial date for the two week period beginning January 26, 2015 is canceled.  The trial will be held during the two week period beginning July 13, 2015.

     Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge